IN THE UNITED STATES

DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN

Oba El Olodumare Mugabe Montsh Omorede,
Annunaki Elohim, King of the Omorede Tribe
of North America, Private American, in capacity
of Foreign Minister Plenipotentiary, Trustee
-in-fact and Authorized Representative for
ANTIONE D. FORD

       Beneficiary - Plaintiff,

V

STEVEN MNUCHIN, UNITED STATES TREASURY SECRETARY

       Trustee - Defendant.

Case:1:20-cv-13437
Judge: Ludington, Thomas L.
MJ: Patti, Anthony P.
Filed: 12-21-2020 At 11:33 AM
PRIS FORD V. MNUCHIN (DA)

## BILL IN EQUITY

Plaintiff, Beneficiary, Oba El Olodumare Mugabe Montsho Omorede, Annunaki Elohim, King of the Omorede Tribe of North America, Private American, in capacity of Foreign Minister Plenipotentiary, Trustee-in-fact and Authorized Representative for ANTIONE D. FORD, for its Bill In Equity against Trustee - Defendant STEVEN MNUCHIN Secretary of Treasury:

## INTRODUCTION

1).  In this case, Defendant-Trustee, Steven Mnuchin, Secretary of the Treasury, received the assigned trust res on special deposit with the express intent and purpose conveyed via trust instrument, demonstrated a failure to perform consequently resulting in a manifest negligence and breach of trust.

The Plaintiff, Beneficiary, Oba El Olodumare Mugabe Montsho Omorede, Annunaki Elohim, King of the Omorede Tribe of North America, Private American, in capacity of Foreign Minister Plenipotentiary, Trustee-in-fact and Authorized Representative for ANTIONE D. FORD issued proper notice regarding his status and claim as

holder of all interest in the trust res that was lawfully delivered and transferred to Defendant-Trustee who failed and neglected to perform his duties as trustee.

## PREMISE OF PLAINTIFFS CASE

On November 6, 2020 at 12:00 p.m. a Correspondence-Trust Instrument was placed in the mail via EXPEDITED LEGAL MAIL identified by Third Party Intervener #: OEOMMO2020 1105-1 (Apostille issued). (SEE ATTACHED EXPEDITED LEGAL MAIL COPY) addressed to STEVEN MNUCHIN, SECRETARY of the Department of the Treasury for the UNITED STATES. STEVEN MNUCHIN was given notification of a Third Party Intervener received and filed in case no.: 01-08438-FH notarized, sealed and with Apostille, Declaration of Status and Omorede Tribe Trust filed in the 17th Judicial Circuit Court, Kent County, State of Michigan. (Please see Attachment)

Per Schedule A of Omorede Tribe Trust and Article 2 of Declaration of Status formal Constructive legal notice was given and it was declared and proclaimed by Oba El Oiodumare Mugabe Montsho Omorede that he hold all interest in the name, title, claim, right, property, ANTOINE DUPRES ANDREAS BROHAM FORD, by nature, and via birth certificate and Social Security account and any and all attachments and accounts, is private property of the Omorede Tribe Trust by way through Conveyance and acceptance (Please see attachments)

The Judgement of Sentence in case no.: 01-08438-FH was accepted for value for full post settlement and closure of account-case no.: 01-08438-FH (SEE Attachment to Schedule A of Omorede Tribe Trust) using CUSIP and AUTOTRIS account no.: 508021647; Social Security account no.: 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 the Exemption being the interest and property by which the Omorede Tribe Trust hold all claim and right.

The Plaintiff then granted, Conveyed, and assigned to Defendant as Trustee on special deposit, Trust res, the name/account ANTOINE DUPRES ANDREAS BROHAM FORD  SSA #: 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 and Exemption CUSIP and AUTOTRIS #: 508021647; for the benefit, possessory, use and enjoyment of the Cestui Que the

Omorede Tribe Trust, to discharge, settle, extinguish; pay such issues required to settle and satisfy all liability and granted and conveyed such issues as to satisfy case-account #: 01-08438-FH and other such debt, and demanded full accounting, settlement and recoupment of all securities, bond(s), stock(s) and commercial paper. The Trustee to date, still as of yet fail to fulfill his trustee obligations to the Cestui Que. As to acceptance or refusal by trustee, there's a presumption that a trustee accepts and, when one is appointed a trustee and no evidence of acceptance or refusal of the trust appears, the trust will be considered acceptance; in the absence of any positive evidence of refusal or disclaimer. In this case, the lapse of time is in excess of (30) thirty calender days and the Defendant-Trustee has failed to provide any evidence as to acceptance or refusal.

## FAILURE TO PERFORM, NEGLIGENCE AND BREACH OF TRUST

The Defendant-Trustee is charged with Failure to Perform, Negligence and Breach of Trust. His abandonment and dereliction are clear and manifest and are supported by the evidence attached herewith and hereto Correspondance-Trust Instrument with attached Third Party Intervener with attachments Declaration of Status and Omorede Tribe Trust and EXPEDITED LEGAL MAIL FORM. Plain and simple, the documents were mailed to the Defendant-Trustee on November 16, 2020 at 12:00 p.m. via EPEDITED LEGAL MAIL; he recieved them. he did nothing.

## PLAINTIFF OVERCOMES DEFENSES

If the trustee takes unqualified delivery of the trust instrument, takes possession of the trust property, collects the income from it, or any other act inconsistent with a denial of the trustee ship, the acceptance, a disclaimer or refusal of a trust should be made promptly. Otherwise,

acts may be performed by the beneficiary or third parties, which will estop the trustee from refusing

The "Original Equity Contract", whereby the Plaintiff-Beneficiary allow the United States the use of his 'good faith and credit' which is transmitted to the U.S. via the transmitting utility: public vessel 'strawman'. Said public vessel, transmitting utility was created and registered by the State of natural birth, only days after Plaintiff's birth into this world, obviously without Plaintiff's consent. In exchange for the use of Plaintiff's credit the United States has promised to pay/discharge all of the debt of the sovereign, via the public vessel, providing the dual consideration necessary for a valid contract.

What is in trust must be treated as trust. When there is a conflict between the rules of law and equity, over then the same matter; the rules of equity shall prevail. Equity does not aid a Volunteer. Plaintiff is not a volunteer. He that seeks equity must do equity and equity has been done in this matter. Equity will fix all mistakes. Equity does justice and righteousness: what is right not what is law. Equity regards done that which ought to have been done. TRUST WONT FAIL FOR WANT OF TRUSTEE. As per Declaration of Status, Article 6 Plaintiff-Beneficiary is not an Enemy of the United States.

### JURISDICTIONAL CLAUSE

This Court has jurisdiction pursuant to Judicature Act of 1873; 1793 DEBT RELIEF ACT; Trading with the Enemy Act 1917

### INTERROGATORY

1. Per Third Party Intervener attached Declaration of Status Article 3

4.

Defendant-Trustee recognize that Plaintiff-Beneficiary is not a 14th Amendment United States citizen?

(If Defendant fails to answer he agrees that his answer is YES)

2.  Per Third Party Intervener attached Declaration of Status Article N Defendant-Trustee recognize that Plaintiff-Beneficiary is a Private American?

(If Defendant fails to answer he agrees that his answer is YES)

3.  Per Third Party Intervener attached Declaration of Status Article 2 and Omorede Tribe Trust Instrument Schedule A Defendant-Trustee acknowledges that Plaintiff-Beneficiary is holder of all interest in the name, title, claim, right, property, ANTOINE DUPRES ANDREAS BROHAM FORD; by nature, and via birth certificate; and social security account, and any and all attachments and accounts, is private property of the Omorede Tribe Trust via conveyance and acceptance?

(If Defendant fails to answer he agrees that his answer is YES)

4.  Per Third Party Intervener attached Declaration of Status Article 6 Defendant-Trustee recognizes that Plaintiff-Beneficiary is not an Enemy of the United States?

(If Defendant fails to answer he agrees that his answer is YES)

5.  Defendant-Trustee acknowledges correspondence-Trust Instrument that was sent to him via EXPEDITED LEGAL MAIL from Plaintiff-Beneficiary?

(If Defendant fails to answer he agrees that his answer is YES)

6.  Defendant-Trustee acknowledges that in exchange for the use of Plaintiff's credit the United States has promised to pay/discharge all of the debt of

the sovereign, via the public vessel transmitting utility 'Strawman'?

(If Defendant fails to answer he agrees that his answer is YES)

7. Defendant-Trustee acknowledges that Plaintiff-Beneficiary has accepted for value case-account#: 01-08438-FH for full post settlement and closure of account?

(If Defendant fails to answer he agrees that his answer is YES)

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff-Beneficiary petitions this Honorable Court of Chancery to see the Cestui Que as a Private American enforcing exclusive equitable rights. Plaintiff-Beneficiary prays for trustee substitution and a master in Chancery to do a full accounting

## INDEMNITY

I, Plaintiff-Beneficiary, Oba El Olodumare Mugabe Montsho Omorede, Annunaki Elohim, King of the Omorede Tribe of North America, Private American, indemnify the Court of Chancery and give you broad authority and powers of the Private American to find the private side of the accounting and run the trust and the judge is hereby released from the duties and obligations as they relate to the public citizen.

NOTARY:


RIGHT THUMB PRINT

*Oba El Olodumare Mugabe Montsho Omorede*
Annunaki Elohim, King of the Omorede Tribe of North America, Private American, in capacity of Foreign Minister Plenipotentiary and Trustee-in-Fact, Authorized Representative for ANTIONE D. FORD #401838



*Third Party Intervener* OLUMMO2020405-1

| MICHIGAN DEPARTMENT OF CORRECTIONS | CSJ-318 |
|---|---|
| DISBURSEMENT AUTHORIZATION (EXPEDITED LEGAL MAIL – PRISONER) | REV. 11/15  4835-3318 |

**Please PRINT clearly, illegible and/or incomplete forms will not be processed.**

Lock **5-84T**   Institution **MRF**

Prisoner Number **401838**   Prisoner Name Type or Print Clearly **ANTIONE FORD**

☑ Legal Postage   ☐ Filing Fee   $ _____   ☐ Certified Mail (Must Be a Court Ordered Requirement)

☐ New Case   ☑ Case Number   **01-08438-FH**

Pay To **U.S. POSTAGE**

Mailing Address **STEVEN MNUCHIN, SECRETARY**

**UNITED STATES OF AMERICA, DEPT. OF TREASURY**

**1500 Pennsylvania Ave, NW Washington, D.C. 20220**

---

**The Following Section Must Be Completed in Authorizing Staff Member's Presence**

Prisoner Signature _(signature)_   Date & Time Submitted **11-6-20 / 10:11 am**

Received by Type or Print Name & Title _(signature)_   Staff Signature _(signature)_

Date & Time Received by Authorizing Staff **11/6/20 1012**

**Authorization Denied**

☐ Does not meet definition of legal mail or court filing fee as identified in OP 05.03.118

☐ Not hand delivered to authorizing staff member   ☐ New case or case number not on form

☐ Does not include court order for handling as certified mail   ☐ Other (explain)

☐ Prisoner refused to sign & date in staff member's presence

Denied by Type or Print Name & Title _____   Signature _____

---

Placed in Mail by Type or Print Name & Title _(signature)_   Signature **CI**

Postage Amount **$1.80**   Date Placed in Outgoing Mail **11 6 20   130**

---

Postage $ _____,_____   Total Obligation $ _____,_____   ☐ Court Filing Fee Denied Due to NSF

Filing Fee $ _____   Check # _____

Date Copy Sent to Prisoner _____

Processed by Type or Print Name & Title _____   Signature _____

DISTRIBUTION: ☐ Prisoner Accounting   ☐ Prisoner   ☐ Counselor's File   ☐ Prisoner

**APOSTILLE**

(Convention de La Haye du 5 octobre 1961)

COUNTRY: OMOREDE TH$S Public document has been signed by: Oba El Oledumare Mugabe Montsho Omorede acting in capacity of: Foreign Minister Plenipotentiary, Trustee-in-fact; King of the Omorede Tribe of North America at: LENOX TWP. The: STATE OF MICHIGAN BY: Oba El Oledumare Mugabe Montsho Omorede No.: OEDMMO 20201105-1





RIGHT THUMB PRINT

S/ Oba El Oledumare Mugabe Montsho Omorede

OMOREDE TRIBE OF NORTH AMERICA • 34625 26 MILE ROAD • LENOX TWP • MICHIGAN 48048

December 17, 2020

Oba El Olodumare Mugwhe Montshu Omorede,
Annunaki Elohim, King of the Omorede Tribe of
North America: Private American, in capacity of
Foreign Minister Plenipotentiary and Trustee-in-
fact: Authorized Representative for ANTIONE
D. FORD #401888

Chancellor
Denise Page Hood, Chief Judge Room 701
U.S. DISTRICT COURT EASTERN DISTRICT OF MICHIGAN
Theodore Levin United States Courthouse
231 W Lafayette Blvd, Detroit 48226

Re: NON-DOMESTIC PRIVATE AMERICAN STATUS: BILL IN EQUITY

Dear Chief Judge, Chancellor

Please find enclosed for your review (1) one Bill In Equity with Summons and
attachments. NOTICE: I am a 'Private American'. I am not a 14th Amendment U.S.
citizen and Im not an enemy of the United States. Please see attached Third Party
Intervener received and filed with the 17th Judicial Circuit Court October 12, 2020,
Declaration of Status Article 3. I am on the private exclusive equity side of the
court. I request for this case to be private and sealed.

I give NOTICE that this private letter and Bill In Equity is Special, Private,
Priority, Proprietary and Urgent. Im requesting Ex parte Sealed Proceedings, Evi-
dentiary Hearing in Chambers, Regarding Proprietary Evidence, Privilaged, Confid-
ential, Restricted, Excluding the Public and Press with Extra and Special Terms.
NOTE: In Chambers can be on video, or in the court Chambers anywhere that

1.

is out of session of Court business.

WHEREFORE Claimant-Beneficiary demand the Chancellor to make process upon parties(s) and if a party refuse to show up I demand that the chancellor take over and give remedy immediately. Provide a full Accounting/Record of Equity of all assets, including but not limited to State of Michigan and the birth State of Nebraska as well. all monie(s), Account(s) and Property held in Trust by every State Concerning Trust Property for benefit of Beneficiary.

Provide any other special Relief to the nature of remedy that is required, which relief the chancellor may deem Just, Proper and right according to good Conscience.

I have demonstrated equity on its face, and if not, as a matter of Conscience; **SHOW CAUSE** why not in Proper form why the proceeding should not be private.

I request that you delay or excuse prepayment of any and all fees until Chancellor steps in for this matter as substitute to pay all fees from beneficiary(s) estate.

The Court of Chancery is the workshop of justice and its the role of a good Judge to render judgment for execution without delay and to enlarge or use liberally her jurisdiction or remedial authority. Equity regards the beneficiary as the true owner and equity imputes an intent to fulfill an obligation. Equity will not suffer a wrong to be without a remedy.

Sincerely,

Oba El Oluwamari Mugabé Montahu Omorede

Annunaki Elohim, King of the Omorede Tribe of North America, True Beneficial Interest title holder by Nature.





PLEASE SEE ATTACHED THIRD PARTY INTERVENER OMOREDE TRIBE TRUST.

2.

**CERTIFICATE OF SERVICE**

I, ona El Oiodumare Mugabe Montsho Omorede, Annunaki Elohim, in capacity of Foreign Minister Plenipotentiary, Trustee-in-Fact, King of the Omorede Tribe of North America, certify that on December 17, 2020 the Bill In Equity was served on STEVEN MNUCHIN, SECRETARY OF TREASURY by placing a True and Correct Copy in the United States mail, postage, prepaid to the address of record.

s/Oba El Oiodumare Mugabe Montsho Omorede

RIGHT THUMB PRINT

---

**CERTIFICATE OF TRUE COPY**

I, ona El Oiodumare Mugabe Montsho Omorede, Annunaki Elohim, King of the Omorede Tribe of North America, in capacity of Foreign Minister Plenipotentiary and Trustee in Fact Certify that Third Party Intervener with attached Declaration of Status and Omorede Tribe Trust and Trust Instrument established with STEVEN MNUCHIN, SECRETARY OF TREASURY ARE True and Correct Copies(s).

s/Oba El Oiodumare Mugabe Montsho Omorede

RIGHT THUMB PRINT

IN THE UNITED STATES

DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN

Oba El Gladumare Nugahe Montsho Omorede,
Annunaki Elohim, King of the Omorede Tribe
of North America, Private American, in capacity
of Foreign Minister Plenipotentiary Trustee-in-
fact and Authorized Representative for ANTIONE
D. FORD

      Plaintiff - Beneficiary

V.

                                                 SUMMONS

STEVEN MNUCHIN, UNITED STATES TREASURY SECRETARY,

      Defendant - Trustee.

TO THE ABOVE-NAMED DEFENDANT:

You are hereby summoned and required to serve upon plaintiff, whose address is Macomb Correctional Facility, 34625 26 Mile Road, Lenox Twp.: Michigan 48048 an answer to the Bill in Equity which is herewith served upon you within 20 days after service of this summons upon you exclusive of the day of service; or 60 days if the U.S. Government of officer/agent thereof is a defendant. If you fail to do so, judgment of Breach of Trust will be taken against you for relief demanded in the Bill in Equity.

CLERK OF THE COURT

DATE: _____

OMOREDE TRIBE OF NORTH AMERICA · 34625 26 MILE ROAD · LENOX TWP., MICHIGAN 48048

NOVEMBER 5, 2020

Oba El Olodumare Mugabe Montsho Omorede
Foreign Minister Plenipotentiary,
Trustee-in-fact, King of the Omorede
Tribe of North America; Authorized Representative
for ANTIONE D. FORD #401858
34625 26 MILE ROAD
LENOX TWP., MICHIGAN, Omorede Tribal Province
VIA U.S.A. POSTAL ZONE 48048

STEVEN MNUCHIN, SECRETARY
UNITED STATES OF AMERICA
DEPARTMENT OF TREASURY
1500 Pennsylvania Ave. NW.
Washington, D.C. 20220

RE: Acceptance for Value; Exemption

Attention: Steven Mnuchin, Respondent

   I, Oba El Olodumare Mugabe Montsho Omorede, Annunaki Elohim, King of the Omorede Tribe of North America, in organic venue and original jurisdiction in the capacity of Foreign Minister Plenipotentiary and Trustee-in-fact ask that you please find enclosed, with proof of service, for notice, presentment and acceptance one certified True Copy of Third Party Intervener received and filed in case no.: 01-02438-FH, notarized; sealed and with Apostille, Declaration of Status and Omorede Tribe Trust filed in the 17th Judicial Circuit Court ~~of~~ of Kent County, STATE OF MICHIGAN.

Per Schedule A of Omorede Tribe Trust and Article 2 of Declaration of Status formal Constructive Legal Notice was given and it was declared and proclaimed by Oba El Oladumare Mugabe Montsho Omorede that he hold all interest in the name, title, claim, right, property, ANTOINE DUPRES ANDREAS BROHAM FORD, by nature, and via birth certificate and Social Security Account and any and all attachments and accounts, is private property of the Omorede Tribe Trust by way through conveyance and acceptance.

The Judgement of Sentence in case no.: 01-08438-FH was accepted for value for full post settlement and closure of account and case no.: 01-08438-FH (see Attachment to Schedule A of Omorede Tribe Trust) using CUSIP and AUTOTRIS Account No.: 508021647; Social Security Account no.: 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 the Exemption being the interest and property by which the Omorede Tribe Trust hold all claim and right.

I, Oba El Oladumare Mugabe Montsho Omorede, Grantor-Grantee, hereby grant(s), convey, and assign to you, STEVEN MNUCHIN, SECRETARY of the Department of the Treasury of the United States of America, Trustee, on special deposit, Trust Res. the name/account ANTOINE DUPRES ANDREAS BROHAM FORD SSA #: 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 and Exemption CUSIP and AUTOTRIS #: 508021647, for the benefit, possessory, use, and enjoyment of the Cestui Que the Omorede Tribe Trust, to discharge, settle, extinguish, pay such issues required to settle and satisfy all liability, I hereby grant and convey such issues as to satisfy Case #: 01-08438-FH, and any and all other debt, and want full accounting, settlement and recoupment of any and all securities, Bond(s), Stock(s) and Commercial paper.



RIGHT THUMB PRINT

*Oba El Oladumare Mugabe Montsho Omorede*

Oba El Oladumare Mugabe Montsho Omorede

Foreign Minister Plenipotentiary,

Trustee-in-fact, King of the Omorede

Tribe of North America, Authorized

Representative for ANTIONE A. FORD #

401838

---

## CERTIFICATE OF SERVICE

I, Oba El Oladumare Mugabe Montsho Omorede, Annunaki Elohim, in the capacity of Foreign Minister Plenipotentiary, Trustee-in-fact, King of the Omorede Tribe of North America, certify that on November 6, 2020 the forgoing document(s) was served on all parties or their counsel of record by placing a True and correct copy in the United States mail, postage prepaid, to their address of record.



RIGHT THUMB PRINT

s/Oba El Oladumare Mugabe Montsho Omorede







5

STATE OF MICHIGAN

SEVENTEENTH JUDICIAL CIRCUIT COURT

COUNTY OF KENT

**Rec'd & Filed**

**OCT 1 2 2020**

**KENT COUNTY
CIRCUIT COURT**

PEOPLE OF THE STATE OF MICHIGAN
            Plaintiff,

V.                                                    01-08438 - FH

ANTIONE D. FORD
            Defendant.                          /

THIRD PARTY INTERVENER

OMOREDE TRIBE OF NORTH AMERICA - [34625 26 MILE ROAD] - [LENOX, TWP. MI 48048]

OCTOBER 5, 2020

Oba El Olodumare Mugabe Montsho Omorede
Foreign Minister Plenipotentiary,
Trustee-in-fact, King of the Omorede
Tribe of North America; Authorized Representative
for ANTIONE D. FORD # 401838
[34625 26 MILE ROAD]
[LENOX, TWP. 48048]


KENT COUNTY CLERK'S OFFICE
CIRCUIT COURT DIVISION
180 OTTAWA AVE NW; SUITE 2400
GRAND RAPIDS, MICHIGAN 49503-2751


Re: Case No. 01-08438-FH; Third Party Intervener

Dear Clerk,

NOTICE OF CLAIM-INTEREST: Please take NOTICE, I, Oba El Olodumare Mugabe
Montsho Omorede, Annunaki Elohim, King of the Omorede Tribe of North
America, in original jurisdiction and organic venue, Third Party Intervener,
in the capacity of Foreign Minister Plenipotentiary, Trustee-in-fact, for
the Omorede Tribe of North America, Private American, do hereby give
formal constructive legal notice that the name, title, claim, right
property ANTOINE DUPRES ANDREAS BROHAM FORD, by nature, via birth
certificate and social security account is trust property of the Omorede
TRIBE Trust via conveyance, delivery, transfer, assignment and accept-
ance.

Please find enclosed two (2) notarized copies of Declaration of
Status, (2) two copies of Judgement of Sentences accepted for value,
and (2) two notarized Omorede Tribe Trust Documents:

1

I ACCEPT THE CHARGES FOR VALUE and CONSIDERATION IN RETURN FOR FULL POST SETTLEMENT AND CLOSURE OF ACCOUNT: CASE NO. 01-08438-FH; CUSIP AND AUTOTRIS ACCOUNT NUMBER: 508021647; SOCIAL SECURITY ACCOUNT NUMBER: 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; Date: 12/5/20

/s/ Oba El Olodumare Mugabe Montsho Omorede, Authorized Representative

PLEASE USE MY RXEMPTION FOR FULL SETTLEMENT AND CLOSURE OF THIS ACCOUNT AS THIS ACCOUNT IS PRE-PAID AND EXEMPT FROM LEVY PLEASE RETURN THE BONDS TO ME.

One (1) copy of Declaration of Status and ACCEPTED Judgment of Sentence and One (1) copy of Notarized Omorede Tribe Trust are to be filed in Case # 01-08438-FH. Please send (1) one copy of Declaration of Status, ACCEPTED Judgment of Sentence and Notarized Omorede Tribe Trust, all (3) three documents certified, with a Register of Action, back to:

ANTIONE D. FORD #401838
MACOMB CORRECTIONAL FACILITY
34625 26 MILE ROAD
LENOX TWP., MI. 48048

Thank you for your time, aid, and assistance in this matter.

Sincerely,
Oba El Olodumare Mugabe Montsho Omorede



APOSTILLE
(Convention de La Haye du 5 octobre 1961)
COUNTRY: OMOREDE This public document has
been signed by: Oba El Oloduimare Mugabe
Montsho Omorede acting in capacity of:
Foreign Minister Plenipotentiary, Trustee-in-
fact King of the Omorede Tribe of North
America at: LENOX Twp the: STATE OF MICHIGAN
BY: Oba El Oloduimare Mugabe Montsho Omorede
No. SEOMME 2020 1004 - 1



Oba El Oloduimare Mugabe Montsho Omorede

DECLARATION OF STATUS

BY THE KING OF THE OMOREDE TRIBE OF NORTH AMERICA

CONSIDERING THAT:

NOW, THEREFORE, I, Oba El Olodumare Mugabe Montsho Omorede, King of the Omorede Tribe of North America, Annunaki Elohim, proclaim, declare and make public the declaration of Status, to the end that it shall be observed and fulfilled with good faith on and after October 1, 2020, by the Omorede Tribe of North America and by the God's of the Omorede Tribe of North America and all other persons subject to the jurisdiction thereof.

IN TESTIMONY WHEREOF, I have signed this declaration and caused the seal of the Omorede Tribe of North America to be affixed.

Done at the city of Lenox Twp. this First day of October in the year of Two Thousand - Twenty, and of the independence of the Omorede Tribe of North America.

KNOW ALL MEN AND WOMEN BY THESE PRESENTS, that I, Oba El Olodumare Mugabe Montsho Omorede, King of the Omorede Tribe of North America, Annunaki Elohim, Private American, as formally known as ANTIONE D. FORD, hereinafter, King Omorede of his own firsthand Knowledge, do solemnly swear, declare and depose that declarant affiant has personal knowledge and belief of the facts stated herein are true, correct, complete and certain:

DECLARATION OF STATUS

The King of the Omorede Tribe of North America to the present declaration, desiring to make public and give notice of declaration of status, Have resolved to conclude a declaration to this effect and have agreed upon the following facts:

1.

## ARTICLE 1

NAME CHANGE: I, Antoine Dupres Andreas Braham Ford, pronounce, declare, and proclaim, by and through this declaration give formal legal notice that my name-title is Oba El Olodumare Mugabe Montsho Omorede.

## ARTICLE 2

I, Oba El Olodumare Mugabe Montsho Omorede, do hereby give formal constructive legal notice and declare and proclaim that I hold all interest in the name; title, claim, right, property, Antoine Dupres Andreas Braham Ford, by nature, and via birth certificate, and Social Security Account, and any and all attachments and account(s), is private property of the Omorede Tribe Trust by way through conveyance and acceptance

## ARTICLE 3

EXPATRIATION: I, Oba El Olodumare Mugabe Montsho Omorede, formally known as Antoine Dupres Andreas Braham Ford, do hereby declare and proclaim that I voluntarily expatriate; revoke, rescind; renounce, relinquish, and rebut United States Citizenship (As per 8 USCS Subsection 1481).

I do hereby release; revoke, rescind, relinquish, and rebut any all signatures of surety-ship.

## ARTICLE 4

REPATRIATION: I, Oba El Olodumare Mugabe Montsho Omorede, do hereby declare and proclaim that I am Annunaki Elohim, from the tribe of Omorede, Private American, non-domestic, flesh and blood God, naturally born in the land of North America, native, indigenous, inhabitant, domiciled, in the land of North America with full birthright sui juris.

I, Oba El Olodumare Mugabe Montsho Omorede, do hereby declare and proclaim that I am the Sovereign, monarch; King of the Tribe of Omorede of North America.

I, Oba El Olodumare Mugabe Montsho Omorede, do hereby declare and proclaim that the Omorede's Tribal Banner-Flag, heraldic arms, the hereditary ensigns armorial of the Omorede family is as described and hereto annexed:

Horizontal, Red, Black, and White Stripes. In the top left corner is an ancient Khemitic Gold Ankh (Eternal Life). In the bottom left corner is a gold pyramid (Knowledge, wisdom, understanding). In the top right corner is a gold 6 (six) point Star (Unity of Male and Female principle, Mer-ka-ba). In the bottom right corner is a gold horizontal figure ∞ (Ifa, infinity), and in the center is a gold snake in the form of a circle swallowing its tail with a line in the middle cutting through the snake (Eternal destruction and rebuilding, immortality).

## ARTICLE 5

I, Oba El Olodumare Mugabe Montsho Omorede, do hereby declare and proclaim, that the nationality of me and my People-God's are Annunaki Elohim from the Tribe of Omorede. Private America, non-domestic, descendant of the God's from the planet Nibiru (Planet of the crossing), who came to this planet (Tiamat, Ki) established and settled civilization and created Mankind. Me and my People-God's are descendant of the God's of Atlantis, descendant of the God's whom founded and settled ancient Khemit - Nubia, descendant of the Olmec's The God's Who founded and settled the America's. Descendant of the God's who founded and settled the Indus Valley. Descendant of the God's Anu, Enlil, Enki,

Marduk, Tehuti-thoth; Ausar, Heru,...

ARTICLE 6

    I, Oba El Olodumare Mugabe Montsho Omorede, do hereby declare and proclaim that the Omorede Tribe of North America is not a enemy of the United States of America or any recognized or unrecognized nation, state, or Tribe.


_____ BY AUTHORIZED REPRESENTATIVE

Oba El Olodumare Mugabe Montsho Omorede
FOREIGN MINISTER PLENIPOTENTIARY
Trustee-in-fact, King of the Omorede
Tribe of North America


NOTARY: _____
        10/06/2020

LISA A. WALSH
NOTARY PUBLIC, STATE OF MI
COUNTY OF MACOMB
MY COMMISSION EXPIRES Dec 5, 2020
ACTING IN COUNTY OF

THE SEAL OF THE OMOREDE TRIBE OF NORTH AMERICA
ANNUNAKI
ELCHIM

OMOREDE TRIBAL SYMBOL —



RED -

BLACK -

WHITE -
YELLOW - GOLD -



OMOREDE  TRIBAL  BANNER FLAG

THE SEAL OF THE OMOREDE TRIBE OF
NORTH AMERICA  →



5.

APOSTILLE

(Convention de La Haye du 5 octobre 1961)
COUNTRY: OMOREDE THIS Public document has
been signed by: Oba El Olodumare Mugabe
Montsho Omorede acting in capacity of:
Foreign Minister Plenipotentiary, Trustee-in-
fact, King of the Omorede Tribe of North
America at: LENOX Twp the: STATE OF MICHIGAN
BY: Oba El Olodumare Mugabe Montsho Omorede
No: OEOMMO 2020 1004-2



Oba El Olodumare Mugabe Montsho Omorede

# OMOREDE TRIBE TRUST

DECLARATION OF TRUST

I, Oba El Oladumare Mugabe Montsho Omorede, Annunaki Elohim, King of the Omorede Tribe of North America; in original jurisdiction and organic venue, as Settlor, transfer the property described in Schedule A to myself as trustee ("Trustee") in trust together with any other property that may become subject to this Declaration of Trust ("Trust Estate"). The Trust Estate shall be held, administered, and distributed by the Trustee as provided in this Declaration of Trust ("Declaration").

## ARTICLE 1. RIGHTS RESERVED TO SETTLOR

### Additions to Trust

1.01. I may, at any time during my lifetime or by Will at my death, add other property to the trust created by this Declaration. Any additional property, when received and accepted by the Trustee, shall become a part of the Trust Estate of this trust.

### Additions by Third Parties

1.02. Any other person may add property to the Trust Estate, provided ~~by the~~ that the Trustee approve the addition, in writing, before its transfer.

### Power to Amend or Revoke Trust

1.03. I reserve the right to amend this Trust. However, no amendment that affects the powers, duties, and rights of any successor Trustee shall be effective without the prior written consent of the successor Trustee to the proposed amendment. I further reserve the right to revoke this Trust, in whole or in part at any time, in writing. If there is a successor Trustee, written notice of revocation shall be delivered to him or her. Any Successor Trustee shall deliver to me, free of trust, any assets of the Trust Estate as I may direct in writing.

1.

ARTICLE 2. DISTRIBUTION BY TRUSTEE

## Distribution of Income for Life of Income Beneficiary

2.01. The Trustee shall pay People-God's members of the Omorode Tribe, the "Income Beneficiary," during their lifetime the net income of the Trust Estate, in monthly installments. or as I may periodically direct.

ARTICLE 3. POWERS OF TRUSTEE

### RETAIN INVESTMENTS OF Trust Estate

3.01. The Trustee is authorized to hold for as long as it deems advisable the Trust Estate, whether or not such property is of the character permitted by Law for the investment of trust funds. The Trustee may operate at the risk of the Trust Estate any business or property received by it from the Settlor.

## Management of Trust Property

3.02. The Trustee shall with respect to any and all property of the Trust Estate held pursuant to this Declaration, hold, manage, lease, care for, and protect the Trust Estate and collect all income in accordance with its best judgment and discretion. Specifically, the Trustee has the power to take any and all actions including:

(1) Sell, convey, exchange, convert, improve, repair, manage, operate and rontol.

(2) Pay any assessments or other charges levied on any stock or other property security held by it in trust pursuant to this Declaration.

(3) Exercise any subscription, conversion, or other rights or options that may at any time attach to the holders of any stocks, bonds, securities, or other instruments held by it in trust pursuant to this Declaration.

(4) Compromise, submit to arbitration, release with or without consideration. and otherwise adjust any claims in favor of or against any trust provided for in this declaration.

(5) Employ; and delegate any of its powers to; any agent, attorneys; and employees as it deems necessary or proper.

2.

(c) Subject to any limitations expressly set forth in this Declaration and the faithful performance of its fiduciary obligations, to do all acts, take part in any proceedings, and exercise all rights and privileges as could an absolute owner of the trust property.

## INTENT / PURPOSE

4.01   To protect and secure the inalienable RIGHTS to Life, Libery and Property for the:

## CESTUI QUE TRUST

The People - God's, members of the Omorede Tribe of North America

## ARTICLE 5. CONSTRUCTION OF TRUST

## Applicable Law

5.01.  The Trust created by this Declaration has been accepted by the Trustee in the independant non-domestic international State of the Omorede Tribe of North America under the natural Laws of God with inalienable rights, will be administered by the Trustee in the independent non-domestic international state of the Omorede Tribe of North America under the natural laws of God with inalienable rights, and the validity, construction, and all rights under this Declaration shall be governed by the laws of the State of the Omorede Tribe of North America under the natural laws of God with inalienable rights.

## NOTICES

5.02. Any notices or other communications required or permitted by this Declaration to be delivered to or served on the Trustee shall be deemed properly delivered to, served on, and received by the Trustee when personally delivered to the Trustee. However, in lieu of personal service, notice shall be deemed to be delivered when deposited in the United States Mail, certified mail with postage pre-paid, addressed to the Trustee.

EXECUTED on October 3, 2020, at LENOX Twp., MICHIGAN 48048

NOTARY:

10/06/2020

LISA A. WALSH
NOTARY PUBLIC, STATE OF MI
COUNTY OF MACOMB
MY COMMISSION EXPIRES Dec 5, 2020
ACTING IN COUNTY OF

BY: AUTHORIZED REPRESENTATIVE

Oba El Oloodumare Mugabe Montsho Omorede

FOREIGN MINISTER PLENIPOTENTIARY

Trustee-in-fact, King of the Omorede

Tribe of North America



## SCHEDULE A

OMOREDE TRIBE TRUST RES

1. Birth Certificate for ANTOINE DUPRES ANDREAS BRCHAM FORD OMAHA—DOUGLAS COUNTY HEALTH DEPARTMENT, Vital Statistics Section SEX: male. Date of Birth: September 17, 1978. HOUR: 8:36 Am HOSPITAL-NAME: Bergan Mercy Hospital. INSIDE CITY LIMITS: YES CITY, TOWN, OR LOCATION OF BIRTH: Omaha. COUNTY OF BIRTH: Douglas

2. SOCIAL SECURITY ACCOUNT: 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 belonging to ANTOINE D. FORD

3. OMOREDE TRIBAL BANNER/FLAG: SEAL; and Symbol

4. Judgment of Sentence in CASE-Account # 01-08438-FH and any and all bonds and accounts that maybe attached



5.

Original - Court; 1st copy - Correction  nd copy - Corrections (for return);
3rd copy - State Police CJIC; 4th co    Defendant; 5th copy - Prosecutor

| STATE OF MICHIGAN 17TH JUDICIAL CIRCUIT KENT COUNTY | *AMENDED TO SHOW ALL COUNTS* JUDGMENT OF SENTENCE COMMITMENT TO DEPARTMENT OF CORRECTIONS | CASE NO. 01-08438-FH |
|---|---|---|

ORI
**MI - 410025J**
Police Report No.

Court address:
Kent County Courthouse 180 Ottawa NW, Grand Rapids, MI 49503

Court telephone number
616-632-5000

THE PEOPLE OF THE STATE OF MICHIGAN

v

Defendant name, address, and telephone no.
**ANTIONE D FORD**

| CTN/TCN 41 01 236943 02 | SID | DOB 09/17/1978 |
|---|---|---|

| Prosecuting attorney's name William A. Forsyth | Bar no. P23770 | Defendant's attorney's name LARRY B. WOODS | Bar no. P31056 |
|---|---|---|---|

Record Office File
Counselor File
Prisoner

1. The defendant was found guilty on _____ of the crime(s) stated below:
Date

| Count | CONVICTED BY Plea* | Court | Jury | DISMISSED BY* | CRIME | CHARGE CODE(S) MCL citation/PACC Code |
|---|---|---|---|---|---|---|
| 1 & 2 | | | G | | PROSTITUTION/PANDERING; SUPPLEMENTAL FOUR | 750.455; 769.12 |
| 3 & 4 | | | G | | PROSTITUTION/TRANS/FEMALE; SUPPLEMENTAL FOUR | 750.459; 769.12 |
| 5 & 6 | | | G | | CHILD SEXUALLY ABUSE ACTIVITY; SUPPLEMENTAL FOUR | 750.145C2; 769.12 |

*For Plea: insert "G" for guilty plea; "NC" for nolo contendere; or "MI" for guilty but mentally ill. For dismissal: insert "D" for dismissed by court or "NP" for dismissed by prosecutor/plaintiff

☐ 2. The conviction is reportable to the Secretary of State under MCL 257.625(21)(b).
☐ 3. HIV testing and sex offender registration is completed.
☒ 4. The defendant has been fingerprinted according to MCL 28.243.

Defendant's driver's license number

**IT IS ORDERED:**
☐ 5. Probation is revoked
6. Participating in a special alternative incarceration unit is ☐ prohibited. ☐ permitted.
7. Defendant is sentenced to custody of the Michigan Department of Corrections. This sentence shall be executed immediately.

| Count | SENTENCE DATE | MINIMUM Years | Mos. | Days | MAXIMUM Years | Mos. | Days | DATE SENTENCE BEGINS | JAIL CREDIT Mos. | Days | OTHER INFORMATION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 & 2 | 02/07/2002 | | 46 | | | 600 | | 07/16/2001 | | | |
| 3 & 4 | 02/07/2002 | | 290 | | | 600 | | 07/16/2001 | | | |
| 5 & 6 | 02/07/2002 | | 290 | | | 600 | | 07/16/2001 | | | |

☐ 8. Sentence(s) to be served consecutively to (if this item is not checked, the sentence is concurrent)
☐ each other. ☐ case numbers _____

9. Defendant shall pay:

| State Minimum $ | Crime Victim $60.00 | Restitution $ | Court Costs $ | Fine $ | Other Costs $ |
|---|---|---|---|---|---|

The due date for payment is **DATE OF SENTENCE**. Fine, costs, and fees not paid within 56 days of the due date are subject to a 20% late penalty on the amount owed.

☐ 10. The concealed weapon board shall ☐ suspend for ____ days ☐ permanently revoke the concealed weapon license, permit number ____, issued by ____ County.
☐ 11. The defendant is subject to lifetime monitoring pursuant to MCL 780.520n.
☒ 12. Court recommendation: COURT COSTS; CREDIT FOR ALL TIME SERVED SINCE 07/16/2001; COUNTS ARE TO RUN CONCURRENT W/ EACH OTHER

08/04/2011 AMENDED
Date

DENNIS B. LEIBER

Judge HONORABLE DENNIS LEIBER Bar. no. P22889

I certify that this is a correct and complete abstract from the original court records. The sheriff shall, without needless delay, deliver defendant to the Michigan Department of Corrections at a place designated by the department.

(SEAL)

JULIE MANKOSKI

Deputy court clerk

CC 219b (3/10) JUDGMENT OF SENTENCE, COMMITMENT TO DEPARTMENT OF CORRECTIONS

MCL 765.15(2), MCL 769.1k, MCL 769.16a, MCL 775.22, MCL 780.766
MCR 6.427

Antione D. Forest #189233
Macomb Correctional Facility
34625 26 Mile Road
Lenox Twp., Michigan 48048

12-21-20

TO:
Denise Page Hood, Chief Judge  Room 701
U. S. District Court
231 W. Lafayette Blvd.

Detroit, MI 48226