UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ANTIONE D. FORD, #401838,

        Plaintiff,

v.

STEVEN MNUCHIN,

        Defendant.
_____/

Case No. 20-CV-13437
Honorable Thomas L. Ludington
Magistrate Judge Anthony P. Patti

**OPINION AND ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE**

On December 21, 2021, Plaintiff Antione D. Ford, a Michigan prisoner, filed a pro se civil complaint, entitled "Bill in Equity," but submitted neither the $350.00 filing fee and $52.00 administrative nor an application to proceed without prepayment of the filing fee. ECF No. 1. The Court issued a deficiency order on January 28, 2021 requiring Plaintiff to submit the required fees or an application to proceed without prepayment of the filing fee within 30 days. ECF No. 3. The Order provided that if he did not do so, his case would be dismissed. *Id.* Plaintiff has not corrected the deficiency.

Accordingly, it is **ORDERED** that Plaintiff's Complaint, ECF No. 1, is **DISMISSED WITHOUT PREJUDICE** for failure to comply with 28 U.S.C. § 1915 and this Court's Order of Deficiency, ECF No. 3. Should Plaintiff wish to pursue his claims, he must file a new civil action that complies with the applicable filing requirements.

Dated: March 30, 2021

                                                       s/Thomas L. Ludington
                                                       THOMAS L. LUDINGTON
                                                     United States District Judge

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon **Antione D. Ford** #401838, MACOMB CORRECTIONAL FACILITY, 34625 26 MILE ROAD, NEW HAVEN, MI 48048 **by** first class U.S. mail on March 30, 2021.

s/Kelly Winslow
KELLY WINSLOW, Case Manager